## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**JENNIFER CAMPBELL,**       }
                             }
   **Plaintiff,**       }
                             }
**v.**                       }   Case No.: 2:14-CV-01304-MHH
                             }
**ACCOUNTS RECEIVABLE**      }
**MANAGEMENT, INC.,**        }
                             }
   **Defendant.**

### ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Jennifer Campbell has filed a notice of voluntary dismissal, dismissing with prejudice all causes of action in her complaint against defendant Accounts Receivable Management, Inc. (Doc. 7).[1]  Accounts Receivable Management has not filed an answer or a motion for summary judgment.  Therefore, no Court order is required to dismiss Ms. Campbell's claims.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Although Ms. Campbell's notice of dismissal is self-executing, the Court enters this order directing the Clerk of Court to please close the file.

---

[1] Unless a notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) states otherwise, the dismissal is without prejudice.  Ms. Campbell's notice specifically states that she is dismissing her claims with prejudice.

**DONE** and **ORDERED** this 4th day of August, 2014.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE